**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

September 9, 2015

To:   All Counsel of Record

Re:   Former Case No.   __1:15−cv−00089−MW−GRJ__
in the United States District Court for the __Northern District of Florida__
Assigned Case No.   __2:15−cv−06226−RGK−PLA__   MDL No.
__2:15−ml−2639−RGK−PLAx__
in the United States District Court, Central District of California

Dear Sir/Madam:

The above-referenced case has been transferred to this district. The initials after the number indicate the case has been assigned to Judge __R. Gary Klausner__ by the MDL Panel. All future correspondence, pleadings and other documents must bear both the MDL case number and the number assigned to the case in this district. Documents are forwarded to the judge by the initials on the case number, so it is important that the correct case number and judge's initials appear on the documents. Please address all future communications concerning this action to the Courtroom Deputy for the above-indicated judge, __R. Gary Klausner__.

Please review this Court's local rules which may differ from the other United States Courts in which you practice. Please read these carefully. Although Pro Hac Vice admittance is not required in MDL actions, counsel are expected to comply with the Federal and Local Rules. MDL documents must have the caption of the MDL case listed first with the captions and case numbers of each case to which the document/pleading relates. If the document relates to ALL actions, only the MDL case caption and number need appear on the document followed by "THIS DOCUMENT RELATES TO ALL ACTIONS." Unless otherwise ordered by the Court, all documents must be filed electronically.

The Local Rules and various court forms can be downloaded from this Court's website at www.cacd.uscourts.gov. You may also purchase copies of the Local Rules from the Los Angeles Daily Journal, 915 East First Street, Los Angeles, California 90012 (213) 229-5300, or from the Metropolitan News Enterprises, 417 South Spring Street, Los Angeles, California 90012 (213) 628-4384. Please contact them directly as to their charge for this service.

Sincerely,

Clerk, U.S. District Court

By:  __/s/ *Carmen Reyes*__
Deputy Clerk

CV−119 (06/12)          LETTER TO COUNSEL RE: MDL TRANSFER−IN