UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ML-02639-RGK (PLAx) | Date | September 16, 2015 |
|---|---|---|---|
| Title | IN RE Pacquiao-Mayweather Boxing Match Pay-Per-View Litigation | | |

Relates to: CV 15-6231-RGK (PLAx), CV 15-6227-RGK (PLAx), CV 15-6233-RGK (PLAx), CV 15-3376-RGK (PLAx), CV 15-3419-RGK (PLAx), CV 15-6228-RGK (PLAx), CV 15-6234-RGK (PLAx), CV 15-6229-RGK (PLAx), CV 15-6230-RGK (PLAx), CV 15-6564-RGK (PLAx), CV 15-6533-RGK (PLAx), CV 15-6557-RGK (PLAx), CV 15-6575-RGK (PLAx), CV 15-6573-RGK (PLAx), CV 15-6529-RGK (PLAx), CV 15-6562-RGK (PLAx), CV 15-6574-RGK (PLAx), CV 15-6561-RGK (PLAx), CV 15-6570-RGK (PLAx), CV 15-6589-RGK (PLAx), CV 15-03370-RGK (PLAx), CV 15-03493-RGK (PLAx), CV 15-03693-RGK (PLAx), CV 15-04319-RGK (PLAx), CV 15-04435-RGK (PLAx), CV 15-06226-RGK (PLAx), CV 15-06567-RGK (PLAx), CV 15-06585-RGK (PLAx), CV 15-06586-RGK (PLAx), CV 15-06587-RGK (PLAx), CV 15-06588-RGK (PLAx), CV 15-06591-RGK (PLAx), CV 15-06592-RGK (PLAx), CV 15-06607-RGK (PLAx), CV 15-06615-RGK (PLAx), CV 15-06662-RGK (PLAx), CV 15-06664-RGK (PLAx), CV 15-06665-RGK (PLAx), CV 15-06701-RGK (PLAx), CV 15-06707-RGK (PLAx), CV 15-06713-RGK (PLAx), CV 15-07093-RGK (PLAx)

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Lead Attorneys Present for Plaintiffs: | | Lead Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)** Order re Status Conference and Briefing

   1. The Court sets a Status Conference for **November 3, 2015** at **10:00 a.m.** All trial Counsel must be present, as no telephonic appearances are allowed.

   2. The Court **vacates** all pending dates, to be reset at the November 3, 2015 Status Conference.

   3. The Court orders the parties to file Pre-Status Conference Briefing with the court no later than **October 9, 2015**. The briefing shall be restricted to no more than **10 pages** in length, and address the following:

       (1)    What is the current status of each case;
       (2)    What are the claims in each case;

(3) What is the composition of the class(es) in each case, and what are your suggestions for consolidation of classes;

(4) What are the issues to be resolved in each case that are preventing resolution or settlement;

(5) What do you think is the best approach for handing this MDL (i.e., what common issues can be decided through consolidation; timing of settlement conferences, class certification, motions to dismiss, Daubert motions, etc.);

(6) What are your suggestions for administration of this MDL (i.e., suggestions for lead counsel, need for liaison counsel or steering committee, etc.); and

(7) Any other significant issues you would like to bring to the attention of the court prior to the status conference for purpose of discussion.

**IT IS SO ORDERED**.

           :        

Initials of Preparer    sw